**Dismissed and Memorandum Opinion filed September 23, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00695-CR

## EX PARTE SONDRA HUMPHREY

**On Appeal from the County Criminal Court at Law No. 8**
**Harris County, Texas**
**Trial Court Cause No. 1971655**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from a judgment of contempt. Orders for contempt of court cannot be appealed. *Ex parte Eureste*, 725 S.W.2d 214, 216 (Tex. Crim. App. 1986). The proper course of review from a contempt order entered in a district court is by an original application for writ of habeas corpus. *Id. See also* Tex. Const. art. V, § 5.

We lack jurisdiction over this attempted appeal. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Donovan.

Do Not Publish — Tex. R. App. P. 47.2(b).